■ ARTHUR E. EMIL et al., Respondents, v JAMES FELT & Co., INC., Appellant.—Order, Supreme Court, New York County, entered on May 10, 1976, unanimously affirmed for the reasons stated by Gellinoff, J., at Special Term. Respondents shall recover of appellant $40 costs and disbursements of this appeal. Concur—Stevens, P. J., Murphy, Lupiano, Lane and Yesawich, JJ.

■ READER'S DIGEST ASSOCIATION, INC., Appellant, v S.O.D. PUBLISHING Co., Respondent.—Order, Supreme Court, New York County, entered on June 17, 1976, unanimously affirmed for the reasons stated by Schwartz, J., at Special Term. Respondent shall recover of appellant $40 costs and disbursements of this appeal. Concur—Stevens, P. J., Murphy, Lupiano and Yesawich, JJ.

■ PETER C. LEEDS, Appellant, v ROBERTA FLACK, Respondent.—Order, Supreme Court, New York County, entered on December 11, 1975, unanimously affirmed on opinion of Spiegel, J., at Special Term, without costs and without disbursements. Concur—Stevens, P. J., Murphy, Lupiano, Lane and Yesawich, JJ.

■ ALLISON CONWAY et al., Respondents, v METROPOLITAN TRANSPORTATION AUTHORITY et al., Appellants.—Order, Supreme Court, New York County, entered on January 12, 1976, unanimously affirmed for the reasons stated by Kirschenbaum, J., at Special Term, and that the respondents recover of the appellants $40 costs and disbursements of this appeal. Concur—Markewich, J. P., Birns, Capozzoli, Nunez and Yesawich, JJ.

■ THEODORE GANS, Respondent, v S & B HEADWEAR, INC., Appellant.—Judgment, Supreme Court, New York County, entered on December 8, 1975, unanimously affirmed for the reasons stated by Chimera, J., at Special Term, and that the petitioner-respondent recover of the respondent-appellant $60 costs and disbursements of this appeal. Concur—Markewich, J. P., Birns, Capozzoli, Nunez and Yesawich, JJ.